# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY MICKERSON,<br>aka Bobby Nickerson,<br><br>Defendant. | No. 2:21-MJ-00473-VCF<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for BOBBY MICKERSON Aka BOBBY NICKERSON**<br>**Prisoner ID: 01996313** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of BOBBY MICKERSON before the United States District Court at Las Vegas, Nevada, on or about _July 20, 2021_, at the hour of _2:30 PM_, in Courtroom _TBD_, for initial appearance regarding a Criminal Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 8, 2021

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-5087
Joshua.brister@usdoj.gov
*Attorneys for the United States*

FILED

2021 JUN -8 PM 12: 30

U.S. MAGISTRATE JUD...

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | No. 2:21-MJ-00473-VCF |
|---|---|
| Plaintiff, | **Petition for Writ of Habeas Corpus Ad Prosequendum for** |
| v. | **BOBBY MIKERSON** |
| BOBBY MICKERSON, aka Bobby Nickerson | **Aka BOBBY NICKERSON** |
| Defendant. | **Prisoner ID: 01996313** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce BOBBY MICKERSON before the United States District Court on or about July 2, 2021, at the hour of 2:30 PM, in Courtroom TBD, for initial appearance regarding a Criminal Complaint.

BOBBY MICKERSON is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

1     On June 8, 2021, a Magistrate Judge in this District issued a Criminal Complaint in the above-captioned matter charging BOBBY MICKERSON with Possession of a Controlled Substance with Intent to Distribute (Cocaine Base), 21 U.S.C. Section 841(a)(1) & (b)(1)(B)(iii) and Felon in Possession of a Firearm, 18 U.S.C. Section 922(g)(1) and 924(a)(2).

    Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce BOBBY MICKERSON before this Court for the purpose of initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

    Respectfully submitted this 8th day of June, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Joshua Brister*

JOSHUA BRISTER
Assistant United States Attorney